NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IDT Corp. et al., | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. 11-4992 (ES) |
| Unlimited Recharge, Inc., et al. | : ORDER |
| Defendants. | : |

**SALAS, District Judge.**

For the reasons set forth in this Court's corresponding opinion,

**IT IS** on this 2nd day of December, 2011,

**ORDERED** that Plaintiffs' application for injunctive relief is **DENIED**.

**SO ORDERED**.

/s/ Esther Salas
United States District Judge

1